AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| AROMA360 LLC and HOTEL COLLECTION LLC *Plaintiff(s)* v. SCENTIMENT, LLC *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-25031 ALTONAGA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scentiment, LLC
c/o Registered Agent
Registered Agents Inc.
7901 4th St N, Ste 300
St. Petersburg, FL 33702.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michelle G. Bernstein
Polsinelli PC 315 S. Biscayne Blvd., Suite 400
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/23/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts